**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CROSS BORDER RESOURCES, INC.,

    Plaintiff,

v.                                                         CV No. 17-1016 MV/CG

BLACK SHALE MINERALS, LLC,

    Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on review of the record. On December 20, 2017, this case was consolidated with a related case, *Cross Border Resources, Inc. v. Black Shale Minerals, LLC*, 2:17-cv-01013-KG-SMV, for the purpose of determining proper forum. *See Cross Border Resources*, 17cv1013 KG/SMV, (Doc. 16). Defendant Black Shale Minerals, LLC, has moved to transfer both cases to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division. (Doc. 3); *Cross Border Resources*, 17cv1013 KG/SMV (Doc. 3). Plaintiff has advised the Court that following consolidation, the parties intend to submit a stipulated order transferring both cases. *Cross Border Resources*, 17cv1013 KG/SMV (Doc. 16 at 1).

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 10), and Telephonic Rule 16 Scheduling Conference set for January 4, 2017 at 2:00 p.m. are **VACATED.**

                                                        THE HONORABLE CARMEN E. GARZA
                                                        UNITED STATES MAGISTRATE JUDGE